16

AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

**SOUTHERN** DISTRICT OF **CALIFORNIA**

FILED
APR - 3 08
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA
V.

Carlos Dominguez-Ruiz

## WAIVER OF INDICTMENT

CASE NUMBER: 08CR1024-DMS / 08MJ0714

I, **Carlos Dominguez-Ruiz**, the above named defendant, who is accused of

Title 18 U.S.C. §1001, False Statement to a federal officer,

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on **April 3, 2008** prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judge

K:\COMMON\CSA\forms\2005\Waiver_indi.wpd